No. 491. MORGAN *v.* UNITED STATES FIDELITY & GUARANTY Co. Sup. Ct. Miss. Certiorari denied. *Charles Clark* for petitioner. *Joseph A. Covington, Junior O'Mara,* and *Phineas Stevens* for respondent.

No. 47. TOBACCO INSTITUTE, INC., ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 48. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.;

No. 49. AMERICAN BROADCASTING COMPANIES, INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 51. NATIONAL BROADCASTING Co., INC. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of these petitions. *Paul A. Porter, Abe Krash, Daniel A. Rezneck,* and *Jerome I. Chapman* for petitioners Tobacco Institute, Inc., et al., *Eugene R. Anderson* and *Janet C. Brown* for petitioner American Tobacco Co., *James N. Ravlin* for petitioner Brown & Williamson Tobacco Corp., *Donald J. Cohn* for petitioner Liggett & Myers Inc., *Carleton A. Harkrader* for petitioner P. Lorillard Co., *Porter R. Chandler* for petitioner R. J. Reynolds Tobacco Co., and *Alfred S. Forsyth* for petitioner United States Tobacco Co., in No. 47; *Howard C. Westwood, Herbert Dym,* and *Douglas A. Anello* for petitioners in No. 48; *James A. McKenna, Jr.,* and *Vernon L. Wilkinson* for petitioner in No. 49; and *Lawrence J. McKay, Raymond L. Falls, Jr., Corydon B. Dunham, Jr.,* and *Howard Monderer* for petitioner in No. 51. *Solicitor General Griswold, Assistant Attorney General McLaren, Henry Geller, John H. Conlin,* and *Lenore G. Ehrig* for the United States et al., respondents in all four cases. Reported below: 132 U. S. App. D. C. 14, 405 F. 2d 1082. [For earlier order herein, see 395 U. S. 973.]